IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES

vs.                                         NO:4:07CR00130   WRW/JFF

TREMAIN FERGUSON

### ORDER

Before the court is defendant Ferguson's Motion for Pretrial Release (DE# 31). In his motion the defendant states that his sister currently resides in Brinkley, Arkansas, at a residence previously occupied by the defendant and that he has matters and obligations to which he needs to attend, especially in anticipation of an extended prison sentence. Defendant further states that would submit to electronic monitoring, or to any other condition imposed upon his release. The government responds (DE# 32) that defendant has failed to identify any change in circumstances warranting the court to modify its June 7, 2007 order detaining defendant. Defendant replies (DE# 33) the government recently dismissed another indictment against him (which is true) and that his co-defendant in this case was released on bond (true–on the date of defendant's detention, June 7, 2007).

The court has considered the arguments, but declines to modify the previous order. The order dated June 7, 2007 (DE#24), noted that defendant Ferguson stands charged with a "presumption" offense and poses a danger to the community. The court also noted that defendant Ferguson was arrested by state authorities for the instant offenses and while on bond committed the same offenses

again.

18 U.S.C. § 3142 cites two instances in which a judicial officer should reopen a detention order:

1. Where the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.  (18 U.S.C. § 3142 (f)(2)(B)).

2. Where a determination is made that release is necessary for the preparation of the person's defense or for other compelling reason.  (18 U.S.C. § 3142 (i)(4)).

The undersigned finds a lack of either instance in defendant Ferguson's motion (DE# 31). Defendant's motion (DE#31) for release is DENIED.

IT IS SO ORDERED this 18th day of December, 2007.

UNITED STATES MAGISTRATE JUDGE