PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG -5 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tremain Ferguson            Case Number: 4:07CR00130-01 WRW

Name of Sentencing Judicial Officer:   William R. Wilson, Jr.
                                       United States District Judge

Offense:            Possession with intent to distribute a controlled substance

Date of Sentence:   July 25, 2008

Sentence:           32 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, DNA testing, shall be supervised where the defendant is a legal resident, and $100 special penalty assessment

Type of Supervision:   Supervised Release        Date Supervision is to Commence: 07/24/2009
                                                 Expiration Date: 07/23/2012

Asst. U.S. Attorney: John Ray White              Defense Attorney: to be determined

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate and reside in a Residential Reentry Center for a period of time not to exceed six months, as directed by the U.S. Probation Office. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

## CAUSE

Mr. Ferguson's term of supervised release commenced on July 24, 2009. Mr. Ferguson reports he has no family residing in the Eastern District of Arkansas and has no stable place to reside. He does have one sister who resides in Hot Springs, Arkansas, but she is currently residing in Section 8 housing.

Mr. Ferguson has recently expressed a desire to be placed in a residential re-entry center under his term of supervised release for up to six months, in order to give him time to establish a personal residence and obtain employment. Mr. Ferguson is currently residing with a family friend in Brinkley, Arkansas.

On August 3, 2009, Mr. Ferguson agreed to be placed at the residential re-entry center for up to six months. Assistant Federal Public Defender, Jerome Kearney, was contacted previously and is in agreement with this modification. The Waiver of Hearing to Modify Conditions of Supervised Release is attached to this report.

Prob 12B                              -2-                    Request for Modifying the
                                                          Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Tremain Ferguson                Case Number: 4:07CR00130-01  WRW

_____                 _____
Selina M. Earsa                                   John Ray White
U.S. Probation Officer                            Assistant U.S. Attorney

Date: August 3, 2009                              Date: 08/04/09


THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

                                                  _____
                                                  Signature of Judicial Officer

                                                  8-5-09
                                                  _____
                                                  Date


This form is to be filed with Criminal Docketing as an order and/or petition.


Approved:

_____
Supervising U.S. Probation Officer

SME/pjb

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490
    Little Rock, AR  72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR  72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate and reside in a Residential Reentry Center for a period of time not to exceed six months, as directed by the U.S. Probation Office. He will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

Witness: _Selina M. Ensa, SPO_
U.S. Probation Officer

Signed: _Jermaine Ferguson_
Probationer or Supervised Releasee

Date: 8-3-09